# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
November 9, 2015
Lyle W. Cayce
Clerk

No. 15-30506

D.C. Docket No. 3:06-CV-789

ALBERT WOODFOX,

      Petitioner - Appellee

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; JAMES CALDWELL,

      Respondents - Appellants

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

Before KING, DENNIS, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed.

JAMES L. DENNIS, Circuit Judge, dissents.